UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-62023-CIV-ZLOCH/SNOW

TINA KOVELESKY,

    Plaintiff,

vs.

FIRST DATA CORPORATION,

    Defendant.

_____/

**NOTICE OF FILING OF PLAINTIFF, TINA KOVELESKY'S LIMITED MOTION FOR SUMMARY JUDGMENT PERTAINING TO WHETHER PLAINTIFF IS A QUALIFIED INDIVIDUAL WITH A DISABILITY UNDER THE ADA AGAINST DEFENDANT FIRST DATA CORPORATION, INC.**

To All Parties and their Attorneys of Record:

TO:    Jenna Rinehart Rassif, Esquire
E-Mail: jenna.rassif@akerman.com
Sherica R. Bryan, Esquire
E-Mail: sherica.bryan@akerman.com
Akerman Senterfitt
1 S.E. 3rd Avenue, 25th Floor
Miami, FL 33131
Telephone: (305)374-5600
Facsimile: (305)374-5095
Attorneys for Defendant, First Data Corporation

PLEASE TAKE NOTICE that on September 21, 2009 or as soon thereafter as the matter can be heard in the United States District Court Southern District of Florida, Plaintiff, Tina Kovelesky does move this Court pursuant to Fed.R.Civ.P. 56 and Local Rule 7.5 files her Limited Motion for Summary Judgment in the above case because there are no genuine issues of material fact pertaining to whether Plaintiff is a qualified individual with a disability under the ADA and therefore, judgment be entered in favor of the Plaintiff as a matter of law and against Defendant, First Data Corporation. This motion is made pursuant to Federal Rule 56 and Local Rule 7.5 of Civil Procedure on the grounds that there is no defense to the action, there is no triable issue as to any material fact, and that plaintiff, Tina Kovelesky is entitled to a judgment as a matter of law.

This motion will be based on the memorandum of law, the separate statement of Plaintiff's material facts, the depositions, affidavits and documents filed with this motion and other pleadings already filed with the Court.

| | |
|---|---|
| Respectfully Submitted by: | s/Lydia B. Cannizzo, Esquire |
| Date: September 21, 2009 | Lydia B. Cannizzo (0161543) |
| | cannizzolaw@bellsouth.net |
| | Cannizzo & Chamberlin, PA |
| | 8759 SW 53rd Street |
| | Cooper City, FL 33328 |
| | Telephone: (954)680-1699 |
| | Facsimile: (954)680-1699 |
| | Attorney for Plaintiff, Tina Kovelesky |

## Certificate of Service

I hereby certify that on September 21, 2009 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

s/Lydia B. Cannizzo
Attorney for Plaintiff, Tina Kovelesky

## **SERVICE LIST**

*Tina Kovelesky v. First Data Corporation*
Case No.: 08-62023-CIV-ZLOCH/SNOW

| | |
|---|---|
| Lydia B. Cannizzo, Esquire (0161543) | Jenna Rinehart Rassif, Esquire |
| E-Mail: cannizzolaw@bellsouth.net | E-Mail: jenna.rassif@akerman.com |
| Cannizzo & Chamberlin, PA | Sherica R. Bryan, Esquire |
| 8759 SW 53rd street | E-Mail: sherica.bryan@akerman.com |
| Cooper City, FL 33328 | Akerman Senterfitt |
| Telephone: (954)680-1699 | 1 S.E. 3rd Avenue, 25th Floor |
| Facsimile: (954)680-1699 | Miami, FL 33131 |
| Attorney for Plaintiff, Tina Kovelesky | Telephone: (305)374-5600 |
| | Facsimile: (305)374-5095 |
| | Attorneys for Defendant, First Data Corporation |