UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-62023-CIV-ZLOCH/SNOW

TINA KOVELESKY,

    Plaintiff,

vs.

FIRST DATA CORPORATION,

    Defendant.

_____/

**PLAINTIFF TINA KOVELESKY'S LIMITED MOTION FOR SUMMARY JUDGMENT PERTAINING TO WHETHER PLAINTIFF IS A QUALIFIED INDIVIDUAL WITH A DISABILITY UNDER THE ADA AND MEMORANDUM OF LAW IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT FIRST DATA CORPORATION, INC.**

    Plaintiff, Tina Kovelesky (hereinafter Plaintiff), pursuant to Fed.R.Civ.P. 56 and Local Rule 7.5 files her Motion for Summary Judgment in the above case because there are no genuine issues of material fact pertaining to whether Plaintiff is a qualified individual with a disability under the ADA and therefore, judgment be entered in favor of the Plaintiff as a matter of law.

Record on Motion

    This motion is based on this document, the Statement of Material Facts, Memorandum of Law in Support of Summary Judgment, The **Affidavits** of two former employees of Defendant – Affiant: Tracyann Miller and Affiant: Tracy French, The **Deposition** testimony of: Tina Kovelesky, Martin Friend, Richard Kovelesky, Dr. David Ellman, Dr. Hoffman, Relevant Exhibits: **Bate Stamp Documents**: FIRST DATA: 000219-221, 000240-000242, 000245, 000477, 000489-000491, 000528-000529, 000783; 000235, **Other Exhibits**: FDC Response to

EEOC RFI #3 dated August 7, 2006 all received pursuant to Plaintiff's request for Production during the course and scope of discovery.

### CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to do so or has made reasonable efforts to confer with all parties or non-parties, who may be affected by the relief sought in the motion, but has been unable to do so.

Respectfully Submitted by:  s/Lydia B. Cannizzo, Esquire
Date: September 21, 2009  Lydia B. Cannizzo (0161543)
cannizzolaw@bellsouth.net
Cannizzo & Chamberlin, PA
8759 SW 53rd Street
Cooper City, FL 33328
Telephone: (954)680-1699
Facsimile: (954)680-1699
Attorney for Plaintiff, Tina Kovelesky

### Certificate of Service

I hereby certify that on September 21, 2006 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

s/Lydia B. Cannizzo
Attorney for Plaintiff, Tina Kovelesky

### SERVICE LIST

*Tina Kovelesky v. First Data Corporation*

Case No.: 08-62023-CIV-ZLOCH/SNOW

| | |
|---|---|
| Lydia B. Cannizzo, Esquire (0161543) | Jenna Rinehart Rassif, Esquire |
| E-Mail: cannizzolaw@bellsouth.net | E-Mail: jenna.rassif@akerman.com |
| Cannizzo & Chamberlin, PA | Sherica R. Bryan, Esquire |
| 8759 SW 53rd street | E-Mail: sherica.bryan@akerman.com |
| Cooper City, FL 33328 | Akerman Senterfitt |
| Telephone: (954)680-1699 | 1 S.E. 3rd Avenue, 25th Floor |
| Facsimile: (954)680-1699 | Miami, FL 33131 |
| Attorney for Plaintiff, Tina Kovelesky | Telephone: (305)374-5600 |
| | Facsimile: (305)374-5095 |
| | Attorneys for Defendant, First Data Corporation |